Estil H. LANHAM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 665, 2015

Supreme Court of Delaware.

Submitted: January 11, 2016
Decided: March 23, 2016

DISMISSED.

■

Donna Marie SMITH, Defendant Below, Appellant,

v.

JP MORGAN CHASE NATIONAL BANK and Fannie Mae, Plaintiffs Below, Appellees.

No. 43, 2016

Supreme Court of Delaware.

Submitted: February 23, 2016
Decided: March 23, 2016

DISMISSED.

■

ROOS FOODS, Appellant Below, Appellant,

v.

Magdalena GUARDADO, Appellee Below, Appellee.

No. 87, 2016

Supreme Court of Delaware.

Submitted: March 22, 2016
Decided: March 28, 2016

DISMISSED.